Frances Kirkpatrick, appellant, v. Quincy Herald Company, appellee. Gen. Nos. 7,829, 7,830.

Trespass for libel and slander. Judgment for defendant. Appeal from the Circuit Court of Adams county; the Hon. Harry Higbee, Judge, presiding. Heard in this court at the April term, 1925. Affirmed. Opinion filed June 27, 1925. Rehearing denied October 13, 1925. *Certiorari* denied by Supreme Court (making opinion final).

Frances Kirkpatrick, *pro se*. Govert & Lancaster, for appellee.

Mr. Justice Shurtleff delivered the opinion of the court.

---

Frances Kirkpatrick, appellant, v. Floyd W. Monroe, appellee. Gen. No. 7,831.

Action for slander. Judgment for defendant. Appeal from the Circuit Court of Adams county; the Hon. Harry Higbee, Judge, presiding. Heard in this court at the April term, 1925. Affirmed. Opinion filed June 27, 1925. Rehearing denied October 13, 1925. *Certiorari* denied by Supreme Court (making opinion final).

Frances Kirkpatrick, *pro se*. No appearance for appellee.

Mr. Justice Shurtleff delivered the opinion of the court.

---

In re conservatorship of William Elder Karr.

William Elder Karr, plaintiff in error, v. Lee Rust, conservator, defendant in error. Gen. No. 7,833.

Objections to report of conservator of estate of spendthrift. Objections disallowed. Error to the Circuit Court of McLean county; the Hon. Stevens R. Baker, Judge, presiding. Heard in this court at the April term, 1925. Reversed and remanded with directions. Opinion filed June 27, 1925. *Certiorari* denied by Supreme Court (making opinion final).

Martin A. Brennan, guardian *ad litem*, W. W. Whitmore and J. B. Murphy, for plaintiff in error. Stone & Taylor, for defendant in error.

Mr. Justice Shurtleff delivered the opinion of the court.

---

The People of the State of Illinois, defendant in error, v. Arthur Day and E. William Hight, plaintiffs in error. Gen. No. 7,821.

Prosecution for contributing to delinquency of minor. Verdict of guilty, judgment and sentence. Error to the Circuit Court of Macon county; the Hon. James S. Baldwin, Judge, presiding. Heard in this court at the June term, 1924. Affirmed. Opinion filed October 27, 1925. Rehearing denied December 16, 1925.

Michael J. Fitzgerald, William K. Whitfield, Jesse L. Deck, W. T. Coleman and John E. Hogan, for plaintiffs in error. Edward J. Brundage, Virgil L. Blanding, Ashton E. Campbell and Charles F. Evans, for defendant in error.

Mr. Presiding Justice Niehaus delivered the opinion of the court.

---

The People of the State of Illinois, defendant in error, v. Chester Scott, plaintiff in error. Gen. No. 7,825.

Prosecution for violation of Prohibition Act. Verdict of guilty and sentence upon judgment. Error to the County Court of Piatt county; the Hon. M. R. Davidson, Judge, presiding. Heard in this court at the April term, 1925. Reversed. Opinion filed October 27, 1925.

Thomas J. Kastel, for plaintiff in error. Robert P. Shonkwiler, for defendant in error.

Mr. Presiding Justice Niehaus delivered the opinion of the court.